■ JONATHAN ABBOTT, Respondent, v VITO WILLIAM LUCCHETTI, JR., et al. Appellants. (Appeal No. 2.) [971 NYS2d 712]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered August 29, 2012. The order denied the motion of defendants to stay discovery and for a protective order.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Abbott v Crown Mill Restoration Dev., LLC* ([appeal No. 3] 109 AD3d 1097 [2013]). Present—Scudder, P.J., Smith, Fahey and Peradotto, JJ.

■ In the Matter of ANITA STOUDYMIRE, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents. [971 NYS2d 713]—Appeal from an order and judgment (one paper) of the Supreme Court, Cayuga County (Joseph D. Valentino, J.), entered July 30, 2012. The order and judgment dismissed the petition.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (*Stoudymire v New York State Div. of Human Rights*, 36 Misc 3d 919 [2012]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ. **[Prior Case History: 36 Misc 3d 919.]**

■ JUDITH CIRIFALCO et al, Respondents, v U.S.I. BUILDING SERVICES, INC., Appellant. [971 NYS2d 707]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered May 9, 2012. The order denied the motion of defendant for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on August 12, 2013, and filed in the Niagara County Clerk's Office on August 22, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.